

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00267-CV

———————————————

IN RE JOHN F. ROSS, Relator

———————————————

Original Proceeding
16th District Court of Denton County, Texas
Trial Court No. 17-3559-16

———————————————

Before Sudderth, C.J.; Wallach and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and motion for emergency stay are denied.

Per Curiam

Delivered:  May 1, 2026